**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RACHEL QUART,

        Plaintiff,

v.                                                                       Case No: 6:16-cv-830-Orl-40KRS

THE TABLE LLC, STONE RHODES
GROUP, LLC and TYLER BRASSIL,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice (Doc. 32) filed on November 3, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 7, 2016 (Doc. 33), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice (Doc. 32) is **GRANTED IN PART**.

3. The Court **FINDS** that the parties' amended settlement agreement (Doc. 32-1) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

      4.      The Court **DECLINES** to reserve jurisdiction to enforce the amended settlement agreement.

      5.      Counsel are **PROHIBITED** from withholding any portion of the $9,000.00 payable to Plaintiff pursuant to a contingent fee agreement or otherwise.

      6.      The case is **DISMISSED with Prejudice**.

      7.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 30, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties